United States District Court
Southern District of Texas
**ENTERED**
December 15, 2022
Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
FILED

DEC 15 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-21-1772-025 |
| § | |
| DANIEL BARRAGAN § | |

## ORDER FOR ISSUANCE OF WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Came on the application of the United States of America representing that the above-captioned case is set for an Initial Appearance at the United States District Court for the Southern District of Texas in McAllen, Texas at 10:00 a.m. on January 24, 2023 and that prisoner DANIEL BARRAGAN, CID # B202127060, is a defendant in said case. DANIEL BARRAGAN, currently is a prisoner of the State of Texas and is in the custody of the Sheriff in charge of the Bexar County Adult Detention Center in San Antonio, Texas and is currently being held at the Bexar County Adult Detention Center. The petitioner prays that the Court direct the issuance of a Writ of Habeas Corpus Ad Prosequendum to procure the presence of said prisoner at said proceedings and all subsequent concomitant proceedings.

The Court is of the opinion that said application should be granted. Therefore, it is

ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued by the Clerk of this Court to the Sheriff in charge of the Bexar County Adult Detention Center in San Antonio, Texas directing said Sheriff to deliver said prisoner who being held at Bexar County Adult Detention Center into the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative. Furthermore, it is

ORDERED that said writ direct said Marshal or his representative to bring said prisoner before this Court in McAllen, Texas at 10:00 a.m. on January 24, 2023 to be present for an Initial Appearance in the above case. At the conclusion of said proceedings and all subsequent concomitant proceedings said prisoner shall be returned to the custody of the Sheriff in charge of the Bexar County Adult Detention Center in San Antonio, Texas, if said Sheriff so desires.

SIGNED and ENTERED at McAllen, Texas this ___ day of December 2022.

JUDGE PRESIDING