United States Courts Southern
District of Texas
FILED

*09/07/2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. M-21-1772-S1 |
| § | |
| IGNACIO GARZA § | |
| also known as "Nacho" § | |
| DIEGO ALBERTO REYES-ROIZ § | |
| MARCOS BARRIENTOS § | |
| JANELLA CHAVARRIA § | |
| EUGENIO PENA § | |
| RAMIRO EDEN CLARKE § | |
| ROEL VALADEZ, JR. § | |
| ROOSEVELT VELA § | |
| ABEL EDUARDO REYES, JR. § | |
| DAVID GOMEZ § | |
| ISIDORO GARZA-GARZA § | |
| also known as "Lolo" § | |
| JOSE DIAZ § | |
| also known as "Lupillo" § | |
| JOSE ORTIZ § | |
| HUGO ALBERTO CANALES § | |
| JERONIMO MORIN § | |
| NOEL AVILA § | |
| SAMUEL TORRES, JR. § | |
| ADREAN ESPITIA-GARZA § | |
| [REDACTED] | |
| JUAN CISNEROS § | |
| [REDACTED] | |
| ANNIEL LOPEZ § | |
| MELISSA GARZA § | |
| RODRIGO ORLANDO LOPEZ § | |
| DANIEL BARRAGAN § | |
| also known as "Homeboy" § | |

### SEALED SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

#### Count One

Beginning on or about May of 2020 and continuing until on or about the date of this Indictment in the Southern District of Texas and within the jurisdiction of the Court, defendants,

IGNACIO GARZA
also known as "Nacho"
DIEGO ALBERTO REYES-ROIZ
MARCOS BARRIENTOS
JANELLA CHAVARRIA
EUGENIO PENA
RAMIRO EDEN CLARKE
ROEL VALADEZ, JR.
ROOSEVELT VELA
ABEL EDUARDO REYES, JR.
DAVID GOMEZ
ISIDORO GARZA-GARZA
also known as "Lolo"
JOSE DIAZ
also known as "Lupillo"
JOSE ORTIZ
HUGO ALBERTO CANALES
JERONIMO MORIN
NOEL AVILA
SAMUEL TORRES, JR.
ADREAN ESPITIA-GARZA
JUAN CISNEROS

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Two

On or about July 7, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**and**
**DIEGO ALBERTO REYES-ROIZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 48 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Three

On or about September 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**MARCOS BARRIENTOS**
**JANELLA CHAVARRIA**
**EUGENIO PENA**
**and**
**RAMIRO EDEN CLARKE**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 207 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Four

On or about October 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**ROEL VALADEZ, JR.**
**and**
**ROOSEVELT VELA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 108 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## Count Five

On or about November 17, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO ALBERTO REYES-ROIZ**
**ABEL EDUARDO REYES, JR.**



did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 679 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## Count Six

On or about December 29, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO ALBERTO REYES-ROIZ**
**and**
**DAVID GOMEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 513.5 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Seven

On or about February 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**ISIDORO GARZA-GARZA**
**also known as "Lolo"**
**JOSE DIAZ**
**also know as "Lupillo"**
**JOSE ORTIZ**
**HUGO ALBERTO CANALES**
**and**
**JUAN CISNEROS**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Eight

On or about February 22, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO ALBERTO REYES-ROIZ**
**JERONIMO MORIN**
**and**
**NOEL AVILA**

did unlawfully and knowingly use and maintain a place located at 301 La Sagunada Road, Rio Grande City, Texas, for the purpose of distributing marijuana, a controlled substance.

In violation of Title 21, United States Code Section 856(a)(1) and Title 18, United States Code, Section 2.

## Count Nine

On or about March 4, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO ALBERTO REYES-ROIZ**
**and**
**SAMUEL TORRES, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 3.75 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## Count Ten

On or about August 6, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**
**DIEGO ALBERTO REYES-ROIZ**
**and**
**ADREAN ESPITIA-GARZA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 700 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## Count Eleven

On or about June 3, 2020 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
**also known as "Nacho"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 7 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Twelve

From on or about November 2020 and continuing and up to and including March 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

**IGNACIO GARZA**
also known as "Nacho"
**ROEL VALADEZ, JR.**
**JOSE DIAZ**
also know as "Lupillo"
**ANNIEL LOPEZ**
**MELISSA GARZA**
**RODRIGO ORLANDO LOPEZ**
and
**DANIEL BARRAGAN**
also known as "Homeboy"

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

a. did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), and (h).

## Count Thirteen

On or about November 29, 2020, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA
also known as "Nacho"**



did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of $78,740.00 in United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

## Count Fourteen

On or about December 2, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA
also known as "Nacho"
DIEGO ALBERTO REYES-ROIZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 2.5 kilograms of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Fifteen

On or about February 23, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
also known as "Nacho"
**DIEGO ALBERTO REYES-ROIZ**
**JOSE DIAZ**
also know as "Lupillo"

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 272 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Sixteen

On or about March 8, 2021, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**IGNACIO GARZA**
also known as "Nacho"
**ROEL VALADEZ, JR.**
**JOSE DIAZ**
also known as "Lupillo"
**ANNIEL LOPEZ**
and

## DANIEL BARRAGAN
## also known as "Homeboy"

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the receipt of $35,010.00 in United States currency which involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is, funds represented the proceeds of some form of unlawful activity.

In violation of Title 18 United States Code Sections 1956(a)(1)(B)(i) and 2.

## NOTICE OF CRIMINAL FORFEITURE

### NOTICE OF FORFEITURE
### (21 U.S.C. § 853)

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the Defendants charged in Counts One through Ten of this Indictment, that upon conviction of a violation of Title 21, United States Code, Sections 841 and/or 846,

1. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation,

is subject to forfeiture.

### MONEY JUDGMENT

Defendants are notified that upon conviction, a money judgment may be imposed equal to

the total value of the property subject to forfeiture, for which the Defendants may be jointly and severally liable.

## PROPERTY SUBJECT TO FORFEITURE

Defendants are notified that the property subject to forfeiture includes, but is not limited to, the following personal property:

| Asset No. | Asset | Description (including VIN or account number) |
|---|---|---|
| 1 | $78,740.00 in United States currency | Seized from R.L. on or about November 30, 2020 |
| 2 | $133,800.00 in United States currency | Seized from I.G.G. on or about September 15, 2021 |
| 3 | Ford F-150 Lightning VIN: 2FTRF07323CA79223 | Seized from I.G.G. on or about September 15, 2021 |
| 4 | 2020 Polaris RAN VIN: 4XARSK996L8052373 | Seized from I.G. on or about September 15, 2021 |
| 5 | 2020 Polaris GEN VIN: 3NSGMJ99XLH197844 | Seized from I.G. on or about September 15, 2021 |
| 6 | Ford F-100 Ranger VIN: F10GNDK2897 | Seized from D.A.R.R. on or about September 15, 2021 |
| 7 | Ford F-150 Lightning VIN: 2FTRF07363CA54258 | Seized from D.A.R.R. on or about September 15, 2021 |
| 8 | $55,528.00 Cashier's Check | Seized from I.G. on or about December 20, 2021. |
| 9 | $22,178.55 Cashier's Check | Seized from I.G. on or about December 20, 2021. |
| 10 | 86 Chimes Lane, Rio Grande City, Texas | AB 179 POR 82 N. VELAPT SH 19 (A4579A0 FM 755 LA RATONERA #24 G-A. Starr County Property ID: 60540. Geographic ID: 00179-08200-01915-000000 |
| 11 | 90 Chimes Lane, Rio Grande City, Texas | AB 179 POR 82 N VELAPT SH 19. Starr County Property ID: 79007. Geographic ID: 00179-0800-01915-000050 |
| 12 | 6132 N. 755, Rio Grande City, Texas | AB 105 POR 88-89 J S DELAGARZA PT SH 30-M7030-1730-01. Starr County Property ID: 0086299. Geographic ID: 00105-08800-03019-000100 |
| 13 | 501 Thornwood Loop, Rio Grande City, Texas | Lot Thirty-Two (32) BLOCK A. TROPHY PLEX SUBDIVISION, PHASE V, As shown by the map or plat thereof recorded in Volume 3, Page 440, Map of Records, Starr County, Texas. |
| 14 | 503 Thornwood Loop, Rio Grande City, Texas | Lot Thirty-Three (33) TROPHY PLEX SUBDIVISION PHASE V, BLOCK (A), As shown by the map or plat thereof recorded in Volume 3, Page 440 Map of Records, Starr County, Texas. |

| Asset No. | Asset | Description (including VIN or account number) |
|---|---|---|
| 15 | 91 Wood Road, Rio Grande City, Texas | AB 184 POR 84 VENTURA VELA N/PT. Starr County Property ID 84687. Geographic ID: 00184-08400-08400-003606. |
| 16 | 301 N. La Sagunada Road, Rio Grande City, Texas | AB 75 POR 81 J J DELA G FPT SH 77-B.6960-03160-01000. Starr County Property ID 9730. Geographic ID: 00075-08100-00010-000000 |

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*[signature]*
ASSISTANT UNITED STATES ATTORNEY