IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 21cr1772(25) |
| DANIEL BARRAGAN, et al | § § § § | |

### DEFENDANT DANIEL BARRAGAN'S
### FIRST MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, DANIEL BARRAGAN, one of the Defendants in this cause, and files this his First Motion for Continuance of the pre-trial and trial settings and for such support, would show the Court as follows:

I.

This case is set for Final Pre-Trial on March 3, 2023, at 9:00 A.M. and for Jury selection on March 7, 2023, at 9:00 A.M.

II.

The undersigned counsel was court appointed to represent DANIEL BARRAGAN on January 24, 2023. The undersigned counsel was simply not given sufficient time to adequately review all the evidence, conduct an adequate investigation, and to prepare a defense to effectively represent DANIEL BARRAGAN as required by the Sixth Amendment to the United States Constitution.

III.

This Motion is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Motion be granted and for such other and further relief to which they may be justly entitled to receive.

Respectfully submitted,

ARTURO R. CANTU
Attorney At Law
10113 North 10th, Suite H
McAllen, Texas 78504
(956) 668-1346
(956) 668-1347 Fax
ArturoR@Cantulawfirm.net

*/s/ Arturo R. Cantu*
**ARTURO R. CANTU**
Bar Card No. 03766500
Federal I.D. No. 3916

ATTORNEY FOR DEFENDANT


## CERTIFICATE OF CONSULTATION

I hereby certify that I attempted to consulted with the Assistant U.S. Attorney Patricia Profit on February 23, 2023, and did not receive a response. Of the attorneys for the co-defendants who responded all are unopposed, except for Attorneys Oscar Alvarez and David Acosta who are opposed.

*/s/ Arturo R. Cantu*
ARTURO R. CANTU


## CERTIFICATE OF SERVICE

*Daniel Barragan / File # 0123-4815*
*Defendant's First Motion For Continuance*

I hereby certify that a true and correct copy of the above and foregoing document *"Defendant Daniel Barragan's First  Motion For Continuance"* was electronically served on the Assistant United States Attorney Patricia Profit on this the 24th day of February, 2023.

/s/ Arturo R. Cantu
ARTURO R. CANTU